IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFRY IAN COOK,

    Petitioner,

vs.

TOM CAREY, Warden, et al.,

    Respondents.

No. CIV S-06-0869 DFL GGH P

ORDER

/

Petitioner has requested an extension of time to file and serve a reply to the respondents' June 19, 2006 answer. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's July 18, 2006 request for an extension of time is granted; and

2. Petitioner is granted thirty days from the date of this order in which to file and serve a reply to the respondents' June 19, 2006 answer.

DATED: 7/26/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
cook0869.111