IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFRY IAN COOK,

     Petitioner,                    No. CIV S-06-0869 DFL GGH P

    vs.

TOM CAREY, et al.,

     Respondent.            ORDER

_____/

        Petitioner is a prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Due to the complicated issues raised in this action, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). The parties are directed to file further briefing regarding the applicability of Biggs v. Terhune, 334 F.3d 910 (9th Cir. 2003) in light of Judge Levi's March 31, 2006, order in Johnson v. Finn, CIV S-05-0385 DFL GGH P.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner;

        2. Within thirty days of this order, petitioner shall file the further briefing described above; within thirty days thereafter, respondent shall file further briefing;

3. The Clerk of the Court shall electronically serve a copy of this order on David Porter, Assistant Federal Defender.

DATED: 12/18/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cook869.fb