DANIEL J. BRODERICK, Bar #89494
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
JEFFRY IAN COOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFRY IAN COOK,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>TOM CAREY, Warden, et al.,<br><br>　　　　　　Respondents. | NO. CIV S 06-0869 DFL GGH P<br><br>**ORDER GRANTING 30-DAY EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEFING** |

On January 22, 2007, Petitioner filed an unopposed request for a 30-day extension of time to filed supplemental briefing. Good cause appearing, IT IS HEREBY ORDERED that:

Petitioner shall file and serve his further briefing on or before February 17, 2007; within thirty days thereafter, Respondents shall file further briefing.

Dated: 1/26/07

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cook869.eot