IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFRY IAN COOK,

    Petitioner,                     No. CIV-06-0869 ALA HC

    vs.

TOM CAREY, et al.,

    Respondents.                  <u>ORDER</u>

_____/

       The court is presented with Petitioner's request for an enlargement of the time within which to file the brief called for by our December 19, 2007 order (doc. 24). Although Respondents do not join the motion, Petitioner indicates that both parties would like additional time to complete their briefs.

       Good cause appearing, IT IS HEREBY ORDERED GRANTING Petitioner's motion (doc. 25). Both parties are directed to file the simultaneous briefs described in the December 19, 2007 order by January 30, 2008.

/////

DATED: December 21, 2007

                                      /s/ Arthur Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation